UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, BY ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>      Plaintiffs,<br><br>      v.<br><br>RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ,<br><br>      Defendants. | CASE NO. 1:17-cv-00890 (LAP)<br><br>**AFFIDAVIT OF RONI DERSOVITZ IN SUPPORT OF MOTION TO DISMISS** |

 

CALCAGNI & KANEFSKY LLP
ERIC KANEFSKY
  *Eric@ck-litigation.com*
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102

BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM (*pro hac vice*)
  *dwillingham@bsfllp.com*
MICHAEL D. ROTH (*pro hac vice*)
  *mroth@bsfllp.com*
JEFFREY M. HAMMER (*pro hac vice*)
  *jhammer@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Phone: (213) 629-9040 / Fax: (213) 629-9022

Attorneys for Defendants RD LEGAL
FUNDING, LLC; RD LEGAL FINANCE, LLC;
RD LEGAL FUNDING PARTNERS, LP; and
RONI DERSOVITZ

## **AFFIDAVIT OF RONI DERSOVITZ**

I, RONI DERSOVITZ, declare and state as follows:

1. I am a party in the above-referenced lawsuit and make this affidavit in support of Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein and would and could testify competently thereto if called as a witness in this matter.

2. I am the President and Chief Executive Officer of Defendant RD Legal Capital, LLC, which is the General Partner of Defendant RD Legal Funding Partners, LP. I am also the managing member of the entities that control Defendants RD Legal Finance, LLC and RD Legal Funding, LLC. I am familiar with the business of these RD entities, including the contracts that the RD entities enter for the purchase of customers' interests in future proceeds from legal settlements.

3. These transactions include the purchase of a portion of customers' proceeds from two settlement funds: (1) the September 11th Victim Compensation Fund (also known as the Zadroga Fund); and (2) the fund created in connection with the multi-district litigation entitled *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB, MDL-2323 (E.D. Pa) (the "NFL Concussion Fund").

4. Defendants RD Legal Funding Partners, LP and RD Legal Finance, LLC entered into a total of twenty contracts with twelve individuals to purchase a portion of their proceeds from the Zadroga Fund. True and correct copies of those contracts are attached hereto as Exhibits A-1 through A-20.

5. Defendant RD Legal Finance, LLC entered into seven contracts with seven individuals to purchase a portion of their proceeds from the NFL Concussion Fund. True and correct copies of those contracts are attached hereto as Exhibits B-1 through B-7.

6. A true and correct copy of the court-approved Class Action Settlement Agreement in the multi-district litigation entitled *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB, MDL-2323 (E.D. Pa) ("NFL Concussion Litigation"),

is attached hereto as Exhibit C.  The settlement agreement is available at the website https://www.nflconcussionsettlement.com.

7. A true and correct copy of Amended Final Order and Judgment, dated May 8, 2015, in the NFL Concussion Litigation is attached hereto as Exhibit D.  The Amended Final Order and Judgment is available at the website https://www.nflconcussionsettlement.com.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 15, 2017 at New York, New York.

_____
RONI DERSOVITZ

2