```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
CONSUMER FINANCIAL,           :    17-CV-890 (LAP)
PROTECTION BUREAU, et al.,    :
                              :
             Plaintiffs,      :
                              :         Order
       v.                     :
                              :
RD LEGAL FUNDING, LLC, et al.,:
                              :
             Defendants.      :
------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

    Plaintiffs Consumer Financial Protection Bureau and the New York Attorney General (collectively, the "Government") shall inform the Court by letter no later than March 2 of their views as to the following, and Defendants RD Legal Funding, LLC, et al. (the "RD Entities") shall respond to Plaintiffs' letter no later than March 7. Letters shall be double-spaced and limited to ten pages:

    If the Court concludes that compensation from the Zadroga Fund is not assignable pursuant to 31 U.S.C. § 3727 and that, as such, the Purchase Agreements pertaining to such compensation are void as to the United States, (1) what is the effect of the underlying agreement between the RD Entities and the Eligible Claimants as private parties, and (2) how does the effect of the underlying agreement impact the Government's assertion of

1

jurisdiction over the RD Entities as "covered person[s]" under the CFPA?

SO ORDERED.

Dated:  New York, New York
February 23, 2018

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge