USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/18

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CONSUMER FINANCIAL,               :    17-CV-890 (LAP)
PROTECTION BUREAU, et al.,        :
                                  :
            Plaintiffs,           :
                                  :         Order
        v.                        :
                                  :
RD LEGAL FUNDING, LLC, et al.,    :
                                  :
            Defendants.           :
----------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

On February 23, this Court ordered briefing on two legal questions from Plaintiffs Consumer Financial Protection Bureau and the New York Attorney General (collectively, the "Government") and, following the Government's submission, a reply from Defendants RD Legal Funding, LLC, et al. (the "RD Entities").

To ensure that the parties are focused on the precise legal issues in which the Court is interested, the Court provides one clarification to the legal questions previously presented:

If the Court concludes that compensation from the Zadroga Fund is not assignable pursuant to 31 U.S.C. § 3727 and that, as such, <u>the assignments</u> in the Purchase Agreements pertaining to such compensation are void as to the United States, (1) what is the effect of the underlying agreement between the RD Entities and the Eligible Claimants as private parties, and (2) how does

1

the effect of the underlying agreement impact the Government's assertion of jurisdiction over the RD Entities as "covered person[s]" under the CFPA?

SO ORDERED.

Dated:   New York, New York
         February 28, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge