UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York, by Eric T. Schneiderman, Attorney General for the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz,<br><br>Defendants. | Civil Action No. 1:17-cv-00890-LAP<br><br>Declaration of Eric Blankenstein |

## DECLARATION OF ERIC BLANKENSTEIN

I, Eric Blankenstein, declare as follows, pursuant to 28 U.S.C. § 1746:

1) I am the Policy Associate Director for Supervision, Enforcement, and Fair Lending of the Bureau of Consumer Financial Protection (Bureau). I have served in that position since February 19, 2018. In that position, I oversee the activities of the Bureau's Division of Supervision, Enforcement, and Fair Lending.

2) On November 24, 2017, upon the resignation of the Bureau's former Director, Richard Cordray, President Trump, acting pursuant to the Federal Vacancies Reform Act, 5 U.S.C. §§ 3345-3349d, designated John Michael ("Mick") Mulvaney as the Bureau's Acting Director.

3) On March 11, 2018, pursuant to 12 U.S.C. §§ 5492(b) and 5564(a), Acting Director Mulvaney delegated to me the authority to ratify on behalf of the Bureau those

1

enforcement matters where a lawsuit has been initiated and a complaint has been filed in court prior to November 25, 2017.

4) I have reviewed the Bureau's decision to file a lawsuit against RD Legal Funding, LLC; RD Legal Finance, LLC; RD Legal Funding Partners, LP; and Roni Dersovitz. The Bureau's decision to initiate this case was originally authorized by former Director Cordray.

5) After having been briefed by Bureau staff regarding this case, and pursuant to the authority delegated to me, I ratified the Bureau's decision to file a lawsuit against RD Legal Funding, LLC; RD Legal Finance, LLC; RD Legal Funding Partners, LP; and Roni Dersovitz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2018.

ERIC BLANKENSTEIN
Policy Associate Director for
Supervision, Enforcement, and Fair Lending
Bureau of Consumer Financial Protection

## CERTIFICATE OF SERVICE

I certify that on May 11, 2018, I filed the foregoing document with the Court's ECF system, which will send notification of such filing to counsel for Defendants.

> /s/Benjamin Z. Konop
> BENJAMIN Z. KONOP (OH 0073458)
> 1700 G Street, NW
> Washington, DC 20552
> Telephone: 202-435-7261
> Facsimilie: 202-435-5477
> Email: Benjamin.konop@cfpb.gov
>
> Attorney for Plaintiff
> Bureau of Consumer Financial Protection