

VIA ECF  
                                                          **MICHAEL D. ROTH**  
                                                             mroth@bsfllp.com

July 3, 2018

The Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Room 2220  
New York, NY 10007

      Re:    *CFPB, et al. v. RD Legal Funding, LLC, et al.*, Case No. 17-cv-890 –  
              Request for Extension to Respond to Complaint

Dear Judge Preska:

Pursuant to the Court's Individual Practice 1.E, RD Legal Funding Partners, LP, RD Legal Finance, LLC, RD Legal Funding, LLC, and Roni Dersovitz (collectively, the "RD Legal Parties") request that, due to the Fourth of July holiday and the time needed to review the Court's June 21, 2018 Order, the RD Legal Parties have an extension of time **up to and including July 20, 2018**, to respond to the Complaint. The current date by which the RD Legal Parties must respond to the Complaint is July 5, 2018. The RD Legal Parties have not made any previous requests to extend the response date. The Attorney General for the State of New York does not oppose this request.

Respectfully submitted,

/s/ Michael D. Roth

MICHAEL D. ROTH

cc: All Counsel and registered recipients on ECF Service List