

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD  
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE  
CONSUMER FRAUDS & PROTECTION BUREAU

July 27, 2018

**VIA ECF**

The Honorable Loretta A. Preska  
United States District Court Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Room 2220  
New York, NY 10007

Re: CFPB, et al. v. RD Legal Funding, LLC, et al., Case No. 1:17-cv-890

Dear Judge Preska,

The Attorney General of the State of New York ("NYAG") writes in response to Your Honor's July 25, 2018 Order requiring NYAG to inform the Court if it wishes to be heard regarding the request made by the RD Legal Parties that the Court enter judgment against the Consumer Financial Protection Bureau ("CFPB") under Rule 54(b) of the Federal Rules of Civil Procedure. NYAG does not take a position on this issue, with one caveat related to expediency.

NYAG believes that this case should proceed as expeditiously as possible in this Court and objects to any scenario where the Court would issue a stay. Accordingly, to the extent that the Court issues a judgment under Rule 54(b), NYAG requests that the Court deny any request by the RD Legal Parties for a stay of this proceeding.

Very truly yours,

/s/   Jason L. Meizlish  
JASON L. MEIZLISH  
Assistant Attorney General  
Bureau of Consumer Frauds and Protection  
Office of the New York State Attorney General  
28 Liberty St., New York, NY 10005  
Tel: 212-416-8455 | Email: Jason.Meizlish@ag.ny.gov

cc: All Counsel and registered recipients on ECF Service List