

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
CONSUMER FRAUDS & PROTECTION BUREAU

August 16, 2018

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re: *CFPB, et al. v. RD Legal Funding, LLC, et al.*, **Case No. 1:17-cv-890 (LAP)**

**NYAG's Response to RD Legal's 8/15/18 Letter Responding to the CFPB's 8/10/18 Letter**

Dear Judge Preska,

The New York Attorney General (the "NYAG") writes concerning RD Legal's August 15, 2018 letter responding to the CFPB's August 10, 2018 letter regarding the potential entry of a judgment pursuant to Rule 54(b). In this letter, RD Legal once again requests certification of the Court's June 21, 2018 Order for interlocutory appeal under 28 U.S.C. § 1292(b).

The Court has already denied RD Legal's request in its Order dated July 25, 2018, and the NYAG objects to RD Legal's attempt to re-litigate this issue. The NYAG similarly opposes RD Legal's request for certification and any stay of this proceeding.

Very truly yours,

/s/   Jason L. Meizlish
JASON L. MEIZLISH
*Assistant Attorney General*
MELVIN L. GOLDBERG
*Assistant Attorney General*

Bureau of Consumer Frauds and Protection
Office of the New York State Attorney General
28 Liberty St., New York, NY 10005
Telephone (Meizlish): 212-416-8455
Telephone (Goldberg): 212-416-8296
Email: Jason.Meizlish@ag.ny.gov
E-mail: Melvin.Goldberg@ag.ny.gov

cc: All Counsel and registered recipients on ECF Service List