

**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK     CALIFORNIA     DELAWARE     PENNSYLVANIA     GEORGIA

August 21, 2018



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/18

**VIA CM/ECF**

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Lehmann v. Ohr Pharmaceutical Inc., et al.*, No. 1:18-cv-01284-LAP

Dear Judge Preska:

      We write on behalf of the parties in the above-captioned action to jointly request leave to file excess pages for the briefing in support of and in opposition to Defendants' motion to dismiss the Amended Class Action Complaint (the "AC").

      Pursuant to Rule 2.C of Your Honor's Individual Practices, memoranda of law in support of and opposition to motions are limited to 20 pages and reply memoranda are limited to 10 pages unless prior permission has been granted. Given the length of the AC (*see* ECF No. 44), the scientific nature of the allegations therein, and the heightened pleading standard imposed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), the parties respectfully request permission to enlarge the Court's standard page limits so that the parties may fully address their arguments. The parties request 35 pages for Defendants' memorandum of law in support of their motion to dismiss, 35 pages for Lead Plaintiffs' memorandum of law in opposition to Defendants' motion to dismiss, and 15 pages for Defendants' reply in support of their motion to dismiss.

      We are pleased to provide any further information upon Your Honor's request. The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ R W Gonnello*

Richard W. Gonnello

*Counsel for Lead Plaintiffs George Lehmann and Insured Benefit Plans, Inc.*

SO ORDERED.

*/s/ Loretta A. Preska*
8/23/18

cc: All counsel of record (via ECF)
    Aurora Cassirer, Esq.