AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| Consumer Financial Protection Bureau, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-00890 |
| RD Legal Funding, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the People of the State of New York, by Barbara D. Underwood, Attorney General for the State of New York.

Date:   08/31/2018

/s Sarah E. Trombley
*Attorney's signature*

Sarah E. Trombley (ST1974)
*Printed name and bar number*
Office of the Attorney General
28 Liberty St.
New York, NY 10005

*Address*

sarah.trombley@ag.ny.gov
*E-mail address*

(212) 426-8294
*Telephone number*

(212) 426-6003
*FAX number*