IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York, by Eric T. Schneiderman, Attorney General for the State of New York,<br><br>    Plaintiffs,<br><br>v.<br><br>RD Legal Funding, LLC,<br>RD Legal Finance, LLC,<br>RD Legal Funding Partners, LP, and<br>Roni Dersovitz,<br><br>    Defendants. | Civil Action No. 1:17-cv-00890-LAP<br><br>[Proposed] Rule 54(b) Judgment |

The Court having considered the Consumer Financial Protection Bureau's request for entry of a final judgment against it pursuant to Rule 54(b), and the Court having concluded for the reasons stated in the Court's August 23, 2018 Order, (ECF No. 100), that there is no just reason for delay, therefore:

IT IS ORDERED AND ADJUDGED that for the reasons stated in the Court's June 21, 2018 Order, (ECF No. 80), final judgment is hereby entered pursuant to Rule 54(b) against the Consumer Financial Protection Bureau and in favor of Defendants RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz.

Dated: _____                              _____
                                                United States District Court Judge