1700 G Street NW,
Washington, DC 20552



September 4, 2018

**VIA ECF**

Hon. Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re: *CFPB, et al. v. RD Legal Funding, LLC, et al.*, Case No. 1:17-cv-00890

Dear Judge Preska:

      The Bureau of Consumer Financial Protection respectfully submitted a proposed judgment under Rule 54(b). ECF No. 103. Pursuant to the Court's August 23, 2018 Order, the parties have conferred, and the Attorney General of the State of New York and Defendants RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz do not object to the proposed judgment.

                                  Very Truly Yours,

                                    /s/ Hai Binh T. Nguyen

                                  Hai Binh T. Nguyen
                                  Enforcement Attorney
                                  Bureau of Consumer Financial Protection