IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York, by Eric T. Schneiderman, Attorney General for the State of New York,<br><br>    Plaintiffs,<br><br>v.<br><br>RD Legal Funding, LLC,<br>RD Legal Finance, LLC,<br>RD Legal Funding Partners, LP, and<br>Roni Dersovitz,<br><br>    Defendants. | Civil Action No. 1:17-cv-00890-LAP<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that the Consumer Financial Protection Bureau appeals to the United States Court of Appeals for the Second Circuit from this Court's June 21, 2018 Order (ECF No. 80), as amended by its September 12, 2018 Order (ECF No. 105), dismissing the Bureau's claims against Defendants, and this Court's Judgment (ECF No. 106) entered on September 12, 2018.


Dated: September 14, 2018

KRISTEN DONOGHUE
*Enforcement Director*
JEFFREY PAUL EHRLICH
*Deputy Enforcement* Director
JOHN C. WELLS
*Assistant Litigation Deputy*

/s/Benjamin Z. Konop
BENJAMIN Z. KONOP (OH 0073458)
HAI BINH T. NGUYEN (CA 313503)
*Enforcement Attorneys*

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552
Telephone (Konop): 202-435-7261
Telephone (Nguyen): 202-435-7251
Facsimile: 202-435-7722
E-mail: Benjamin.konop@cfpb.gov
E-mail: Haibinh.nguyen@cfpb.gov
Attorneys for Plaintiff
Bureau of Consumer Financial Protection
