```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
CONSUMER FINANCIAL,            :   17-CV-890 (LAP)
PROTECTION BUREAU, et al.,     :
                               :
          Plaintiffs,          :
                               :         Order
     v.                        :
                               :
RD LEGAL FUNDING, LLC, et al., :
                               :
          Defendants.          :
------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

In its September 12, 2018 Order, (ECF No. 105), the Court inadvertently dismissed the New York Attorney General's ("NYAG") claims "without" prejudice. Given the Court's conclusion that "there is no statute for NYAG to proceed under," the NYAG's CFPA claims should have been dismissed "with" prejudice.

Based on the foregoing, the Clerk of the Court is directed to enter judgment dismissing the NYAG's CFPA claims against Defendants with prejudice.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED.

Dated:   New York, New York
         September 18, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge