UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONSUMER FINANCIAL PROTECTION
BUREAU, et al.,
                        Plaintiffs,
-v-

RD LEAGAL FUNDING, LLC, et al.,
                        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/19/18
```

17 CIVIL 890 (LAP)

## AMENDED JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2018, and the Order dated September 18, 2018, in summary, the Court amends its June 21, 2018 Order, and concludes that: (1) The proper remedy for the constitutional issue raised by Title X's for-cause removal provision is to invalidate Title X in its entirety; (2) this remedy invalidates the statutory basis for NYAG's independent litigating authority under the CFPA and its CFPA claims in this case; (3) for the reasons stated in point (2), the NYAG's CFPA claims must be dismissed for lack of federal jurisdiction, Fed. R. Civ. P. 12(h)(3); (4) the NYAG's remaining state law claims do not present a "substantial question" of federal law giving rise to federal jurisdiction; and (5) the Court declines to exercise supplemental jurisdiction over NYAG's remaining state law claims under 28 U.S.C. § 1367(c)(3). For the foregoing reasons, all of the NYAG's state law claims are dismissed without prejudice to refiling in state court. Judgment is entered (1) dismissing the NYAG's CFPA claims against Defendants with prejudice, and (2) dismissing the NYAG's state law claims without prejudice and all pending motions are denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
          September 19, 2018

                                          RUBY J. KRAJICK

                                          Clerk of Court
                        BY:

                                          Deputy Clerk