UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, BY ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, and RONI DERSOVITZ,<br><br>Defendants. | Case No. 1:17-cv-00890 (LAP)<br><br>RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, AND RONI DERSOVITZ'S NOTICE OF CROSS-APPEAL |

BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM  *(pro hac vice)*
 dwillingham@bsfllp.com
MICHAEL D. ROTH  *(pro hac vice)*
 mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ

CALCAGNI & KANEFSKY LLP
ERIC KANEFSKY
 Eric@ck-litigation.com
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102

1

Notice is hereby given that Defendants RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, and RONI DERSOVITZ, hereby cross-appeal to the United States Court of Appeals for the Second Circuit from this Court's June 21, 2018 Order (ECF No. 80), as amended by the September 12, 2018 Order (ECF No. 105) and the September 18, 2018 Order (ECF No. 109), finding in part that Plaintiffs had stated a claim against Defendants; and this Court's September 12, 2018 Judgment (ECF No. 106) as amended by the September 19, 2018 Amended Judgment (ECF No. 110).

Dated this 25th day of September, 2018.

By: /s/ Michael D. Roth
BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM  *(pro hac vice)*
 dwillingham@bsfllp.com
MICHAEL D. ROTH  *(pro hac vice)*
 mroth@bsfllp.com
JEFFREY M. HAMMER  *(pro hac vice)*
 hammer@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

ERIC KANEFSKY
 Eric@ck-litigation.com
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102

Attorneys for Defendants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated:  September 25, 2018              Respectfully submitted,

                                        s/Michael D. Roth
                                        MICHAEL D. ROTH  *(pro hac vice)*
                                         mroth@bsfllp.com
                                        BOIES SCHILLER FLEXNER LLP
                                        725 South Figueroa Street, 31st Floor
                                        Los Angeles, California 90017-5524
                                        Telephone: (213) 629-9040
                                        Facsimile: (213) 629-9022

                                        Attorneys for Defendants RD LEGAL
                                        FUNDING, LLC; RD LEGAL FINANCE,
                                        LLC, RD LEGAL FUNDING PARTNERS,
                                        LP; and RONI DERSOVITZ