**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, BY ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, and RONI DERSOVITZ,<br><br>Defendants. | Case No. 1:17-cv-00890 (LAP)<br><br>RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, AND RONI DERSOVITZ'S NOTICE OF CROSS-APPEAL |

BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM  *(pro hac vice)*
 *dwillingham@bsfllp.com*
MICHAEL D. ROTH  *(pro hac vice)*
 *mroth@bsfllp.com*
JEFFREY M. HAMMER  *(pro hac vice)*
 *jhammer@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

CALCAGNI & KANEFSKY LLP
ERIC KANEFSKY
 *Eric@ck-litigation.com*
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102

Attorneys for Defendants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ

1

Notice is hereby given that Defendants RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, and RONI DERSOVITZ, hereby cross-appeal to the United States Court of Appeals for the Second Circuit from this Court's June 21, 2018 Order (ECF No. 80), as amended by the September 12, 2018 Order (ECF No. 105) and the September 18, 2018 Order (ECF No. 109), finding in part that Plaintiffs had stated a claim against Defendants; and this Court's September 12, 2018 Judgment (ECF No. 106) as amended by the September 19, 2018 Amended Judgment (ECF No. 110).  This Notice of Cross-Appeal is filed with respect to the Notice of Appeal filed by the Attorney General for the State of New York on October 12, 2018.  (ECF No. 112.)

Dated this 22nd day of October, 2018.

By:  /s/ Michael D. Roth
BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM  *(pro hac vice)*
  dwillingham@bsfllp.com
MICHAEL D. ROTH  *(pro hac vice)*
  mroth@bsfllp.com
JEFFREY M. HAMMER  *(pro hac vice)*
  jhammer@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

CALCAGNI & KANEFSKY LLP
ERIC KANEFSKY
  Eric@ck-litigation.com
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102

Attorneys for Defendants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ

2

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

DATED: October 22, 2018

BOIES SCHILLER FLEXNER LLP
ALBERT GIANG

By    /s/ Michael D. Roth
    MICHAEL ROTH
*Attorneys for Defendants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ*