IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York, by Eric T. Schneiderman, Attorney General for the State of New York,<br><br>   Plaintiffs,<br><br>v.<br><br>RD Legal Funding, LLC,<br>RD Legal Finance, LLC,<br>RD Legal Funding Partners, LP, and<br>Roni Dersovitz,<br><br>   Defendants. | Civil Action No. 1:17-cv-00890-LAP<br><br>[Proposed] Judgment |

      IT IS ORDERED AND ADJUDGED that for the reasons stated in the Court's June 21, 2018 Order, (ECF No. 92), final judgment is hereby entered dismissing the Consumer Financial Protection Bureau's claims.

      The Clerk of Court is directed to enter judgment dismissing the Consumer Financial Protection Bureau's claims against Defendants.

Dated: _____          _____

                                                                          United States District Court Judge