```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
CONSUMER FINANCIAL,             :   17-CV-890 (LAP)
PROTECTION BUREAU, et al.,      :
                                :
          Plaintiffs,           :
                                :         Order
     v.                         :
                                :
RD LEGAL FUNDING, LLC, et al.,  :
                                :
          Defendants.           :
-------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than February 18, 2021 how they propose to proceed.

    **SO ORDERED.**

Dated:    New York, New York
           February 10, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1