```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
CONSUMER FINANCIAL,             :    17-CV-890 (LAP)
PROTECTION BUREAU, et al.,      :
                                :
            Plaintiffs,         :
                                :           Order
       v.                       :
                                :
RD LEGAL FUNDING, LLC, et al.,  :
                                :
            Defendants.         :
-------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

    Counsel shall appear for a teleconference on February 25, 2021 at 9:00 a.m. EST.  The dial-in information for the conference is: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
           February 19, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1