# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Michael D. Roth
Partner
Direct Dial: +1 213 218 4014
Direct Fax: +1 213 443 4310
mroth@kslaw.com

March 1, 2021

```
The briefing schedule for the ratification
issue and the proposed timing for the filing
of a Rule 26(f) report are approved.  SO
ORDERED.
```
*Loretta A. Preska*   3/3/2021

**VIA ECF**

Hon. Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

*Re: CFPB, et al. v. RD Legal Funding, LLC, et al.*, Case No. 1:17-cv-00890

  The Consumer Financial Protection Bureau (Bureau) and the New York Attorney General (NYAG), and RD Legal Funding Partners, LP, RD Legal Finance, LLC, RD Legal Funding, LLC, and Roni Dersovitz (together, RD Legal) (collectively, the Parties) jointly submit this letter as directed by the Court during the status conference on February 25, 2021.

  **Briefing Schedule.** The Parties propose the following briefing schedule to address the the validity of CFPB Director Kraninger's ratification of this action. (Second Circuit Mandate, at 4.)

    **March 12, 2021:** Deadline for RD Legal to file opening brief.

    **14 days after service of opening brief:** Deadline for CFPB to file response.

    **14 days after service of response brief:** Deadline for RD Legal to file reply.

  **Discovery.** The Parties intend to confer pursuant to Federal Rule of Civil Procedure 26(f) within the next two weeks, and file with the Court a joint Rule 26(f) report within 14 days thereafter, which will include a proposed discovery plan. The Parties anticipate that initial disclosures will be made according to the timing in Rule 26(a)(1). RD Legal anticipates that, prior to the Rule 26(f) conference, it will produce to the CFPB the vast majority of the

March 1, 2021
Page 2

documents that have been produced in the state court action, and the CFPB has been provided access to participate in the ongoing depositions in the state court action.

Respectfully submitted,

| /s/ Michael D. Roth | /s/ Benjamin Konop |
|---|---|
| Michael D. Roth | Benjamin Konop |
| Attorney for RD Legal Funding Partners, LP, RD Legal Finance, LLC, RD Legal Funding, LLC, and Roni Dersovitz | Attorney for the Consumer Financial Protection Bureau |

/s/ Jason L. Meizlish
Jason L. Meizlish
Attorney for the
State of New York