

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
BUREAU OF CONSUMER FRAUDS & PROTECTION

**VIA ECF**

March 17, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re:   *Consumer Financial Protection Bureau and the People of the State of New York v. RD Legal Funding, LLC; RD Legal Finance, LLC; RD Legal Funding Partners, LP; and Roni Dersovitz*
Case No. 1:17-cv-00890

Dear Judge Preska:

The New York Attorney General ("NYAG") and RD Legal Funding, LLC; RD Legal Finance, LLC; RD Legal Funding Partners, LP; and Roni Dersovitz (collectively, "RD Legal") jointly submit this update to the Court regarding the NYAG's proceedings against RD Legal in state court. As noted in the parties' February 18, 2021 letter (ECF No. 121), the NYAG filed a motion to discontinue without prejudice its proceeding in state court, which RD Legal opposed. On March 11, 2021, the state court granted the NYAG's motion. The state court's "Decision + Order on Motion" is attached for the Court's convenience.

Respectfully submitted,

/s/ Jason L. Meizlish
Jason L. Meizlish
Attorney for the State of New York

/s/ Michael D. Roth
Michael D. Roth
Attorney for RD Legal

Cc: Counsel of record via ECF