UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CONSUMER FINANCIAL PROTECTION BUREAU and
THE PEOPLE OF THE STATE OF NEW YORK by
ERIC T. SCHNEIDERMAN, Attorney General for the
State of New York,

Plaintiffs,

v.

RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC,
RD LEGAL FUNDING PARTNERS, LP, and
RONI DERSOVITZ,

Defendants.
-------------------------------------------------------------------------X

Case No. 1:17-cv-00890 (LAP)

[PROPOSED] ORDER
OF SUBSTITUTION AND
AMENDMENT OF THE
CAPTION

Under Federal Rule of Civil Procedure 25(d), "[a]n action does not abate when a public officer who is apart in an official capacity … ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party."

On January 1, 2019, Letitia James succeeded Barbara D. Underwood as the New York Attorney General, who had succeeded Eric T. Schneiderman as the New York Attorney General on May 8, 2018.

Accordingly, under Federal Rule of Civil Procedure 25(d), the Court hereby ORDERS that Letitia James shall be substituted for Eric T. Schneiderman in this action and the caption shall be amended to read as follows:

CONSUMER FINANCIAL PROTECTION BUREAU and
THE PEOPLE OF THE STATE OF NEW YORK by
LETITIA JAMES, Attorney General for the
State of New York,

                                    Plaintiffs,

                                                        Case No. 1:17-cv-00890 (LAP)

        v.

RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC,
RD LEGAL FUNDING PARTNERS, LP, and
RONI DERSOVITZ,
                                    Defendants.


        SO ORDERED


Dated:   March  17 , 2021
         New York, New York

                                        _____
                                        Hon. Loretta A. Preska
                                        United States District Judge