UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU et al., <br><br>　　　　　　　Plaintiffs, <br><br>-against- <br><br>RD LEGAL FUNDING LLC, et al., <br><br>　　　　　　　Defendants. | 17 Civ. 890 (LAP) <br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the parties' Rule 26(f) Report (dkt. no. 137). Counsel for the parties shall appear for a teleconference to address their discovery plan on April 13, 2021 at 9:30 a.m. The dial-in information for the conference is: 877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:　　April 5, 2021
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1