UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU et al., | |
| Plaintiffs, | 17 Civ. 890 (LAP) |
| -against- | |
| RD LEGAL FUNDING LLC, et al., | |
| Defendants. | |

Loretta A. Preska, Senior United States District Judge:

    The conference set for April 13, 2021 at 9:30 a.m. (dkt. no. 140) is adjourned <u>sine die</u>.

    **SO ORDERED.**

Dated:    New York, New York
           April 12, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1