# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Michael D. Roth
Partner
Direct Dial: +1 213 218 4014
Direct Fax: +1 213 443 4310
mroth@kslaw.com

June 16, 2021

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re:    *CFPB, et al. v. RD Legal Funding, LLC, et al.*, Case No. 17-cv-890

Dear Judge Preska,

    I write on behalf of Defendants RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz (collectively, "RD Legal"), to inform the Court that on June 14, 2021, RD Legal filed a petition with the United States Supreme Court seeking a writ of certiorari regarding the Second Circuit's Summary Order in this matter, which was remanded to this Court per the Mandate Issued on February 10, 2021. (ECF No. 119).

    As of today, the Petition for Writ of Certiorari is docketed at the Supreme Court as Case Number 20-1758. A copy of the Petition is also attached hereto as Exhibit A.

    Sincerely,

*Michael Roth*

Michael D. Roth
Partner

cc:    Counsel of Record