```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
CONSUMER FINANCIAL,              :    17-CV-890 (LAP)
PROTECTION BUREAU, et al.,       :
                                 :
            Plaintiffs,          :
                                 :        Order
       v.                        :
                                 :
RD LEGAL FUNDING, LLC, et al.,   :
                                 :
            Defendants.          :
-------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

The Court is in receipt of the parties' letters relating to computation of damages and production of privileged documents (dkt. nos. 164, 166 and 167).

Pursuant to Section 26(a)(1)(A)(iii), the CFPB shall provide computations of all of the damages claimed. These are initial disclosures and may not await full discovery.

The CFPB shall produce for in camera inspection the work product documents referred to in the letters.

Counsel shall confer to accomplish the above promptly.

SO ORDERED.

Dated:  New York, New York
        February 23, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1