IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York, by Letitia James, Attorney General for the State of New York,<br><br>    Plaintiffs,<br><br>  v.<br><br>RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz,<br><br>    Defendants. | Case No. 1:17-cv-00890 (LAP)<br><br>**NOTICE OF PRODUCTION OF DOCUMENTS FOR IN CAMERA INSPECTION** |

  Notice is hereby given that on April 12, 2022, Plaintiff Consumer Financial Protection Bureau produced for in camera inspection the work-product documents as ordered by the Court on February 23, 2022 (ECF No. 168).

               /s/ Benjamin Z. Konop

               BENJAMIN Z. KONOP (OH 0073458)
               HAI BINH T. NGUYEN (CA 313503)
               *Enforcement Attorneys*

               Consumer Financial Protection Bureau
               1700 G Street NW
               Washington, DC 20552
               Telephone (Konop): 202-435-7265
               Telephone (Nguyen): 202-435-7251
               E-mail: Benjamin.Konop@cfpb.gov
               E-mail: HaiBinh.Nguyen@cfpb.gov
               Attorneys for Plaintiff Consumer Financial
               Protection Bureau

## CERTIFICATE OF SERVICE

I certify that on April 12, 2022, I filed the foregoing document with the Court's ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/   Benjamin Z. Konop

BENJAMIN Z. KONOP (OH 0073458)
*Enforcement Attorney*

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Telephone: 202-435-7265
E-mail: Benjamin.Konop@cfpb.gov
Attorney for Plaintiff Consumer Financial Protection Bureau