UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>              Plaintiffs,<br><br>     v.<br><br>RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ,<br><br>              Defendants. | CASE NO. 1:17-cv-00890 (LAP)<br><br>[~~PROPOSED~~] **ORDER REGARDING DEPOSITIONS OF FORMER SPECIAL MASTERS** |

**THIS MATTER** coming before the Court on October 4, 2022, counsel for all parties being present, including an attorney from the Department of Justice as counsel for third parties Sheila Birnbaum and Rupa Bhattacharyya, the former Special Masters ("Former Special Masters) of the Victim Compensation Fund, and having considered the arguments set forth in ECF Nos. 185, 187-189 and made by counsel, the Court hereby:

**FINDS** that the Former Special Masters are likely to provide testimony whose relevance outweighs the associated burdens, for the reasons stated on the record, and that depositions of the Former Special Masters are appropriate to explore, including but not limited to, the factual basis for statements they made with respect to payment and information that the plaintiffs may use to support their claims, and

**IT IS ORDERED** that (1) the defendants may proceed with depositions of Sheila Birnbaum and Rupa Bhattacharyya; and (2) any such depositions shall take place no later than November 18, 2022.

SO ORDERED.

Dated: October 17, 2022
New York, New York

_Loretta A. Preska_
Hon. Loretta A. Preska
United States District Judge

1